CHARLIE LEONARD BALTZELL
5098 DALE DR
MARION, MS 39342

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE RECOVERY
PO BOX 321472
FLOWOOD, MS 39232

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LN, STE 220
GREENWICH, CT 06831

CITICORP
PO BOX 790046
ST LOUIS, MO 63179

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

ELLEN BALTZELL
8203 RESERVOIR RD
COLLINSVILLE, MS 39325

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

KIMBERLY GLOSS
PO BOX 772719
MEMPHIS, TN 38177

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

NELNET
PO BOX 82561
LINCOLN, NE 68501

NESHOBA COUNTY AMBULAN
PO BOX 648
PHILADELPHIA, MS 39350

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

PRO COLLECT, INC
ATTN: BANKRUPTCY
12170 N ABRAMS RD
STE 100
DALLAS, TX 75243

REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N,
HOVER, AL 35203

SECURITY CREDIT
ATTN: BANKRUPTCY
PO BOX 1156
OXFORD, MS 38655

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

WELLS FARGO JEWELRY
ATTN: BANKRUPTCY
POB 10438
DES MOINES, IA 50306