**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Charlie Leonard Baltzell

Case No. 26-02808-KMS
Chapter 7 Proceedings

# NOTICE OF APPEARANCE

COMES NOW, First Tower Loan of Mississippi, LLC d/b/a Tower Loan of Meridian, by and through its attorney, and files this Notice of Appearance in the above styled action.

This the 20th day of October, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Charlie Leonard Baltzell
5098 Dale Dr
Marion, MS 39342

Derek A Henderson T1
Chapter 7 Trustee

This the 20th day of October, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176