**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

**CHARLIE LEONARD BALTZELL** **CASE NO.: 26-2808-KMS**

**DEBTOR.** **CHAPTER 7**

## ORDER EXTENDING DEADLINES AND NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS

This matter is before the Court *sua sponte*. Upon consideration of the Chapter 7 Trustee's Proceeding Memo (Dkt. No. 13) continuing the § 341 Meeting of Creditors ("§ 341 Meeting"), the Court finds that the service interruption of the Bankruptcy Noticing Center ("BNC") prevented timely and or proper notice of the § 341 Meeting originally scheduled for November 18, 2026. The Trustee has rescheduled the § 341 Meeting to permit proper notice and opportunity for creditors to participate.

**YOU ARE HEREBY NOTIFIED** that the § 341 Meeting is rescheduled for **January 13, 2027** at **11:00 a.m.**, to be conducted by **Zoom Meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709, or call 769-219-3337**.

Accordingly, it is **ORDERED** that:

The deadlines for filing the following are extended through the date that is 60 days after the conclusion of the § 341 Meeting:

1. Complaint objecting to discharge under § 727(a);
2. Complaint to determine the dischargeability of a debt under § 523(c);
3. Motion objecting to discharge under §§ 727(a)(8) or (a)(9); or
4. Motion requesting an extension of time to file a complaint or motion objecting to discharge.

**##END OF ORDER##**